**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.

MAGPUL INDUSTRIES, CORP.,

       Plaintiff,

v.

ELITE TACTICAL SYSTEMS
GROUP, LLC,

       Defendant.

**COMPLAINT FOR PATENT INFRINGEMENT**

**PARTIES**

1.    Plaintiff Magpul Industries, Corp. ("Plaintiff") is a Delaware corporation with a place of business located in Erie, Colorado. Plaintiff's business consists primarily of the design, manufacture and sale of products that are used as accessories to firearms.

2.    Upon information and belief, Defendant Elite Tactical Systems Group, LLC ("Defendant") is a Wyoming limited liability company with a place of business in Tennessee, and a mailing address at P.O. Box 18511, Knoxville, Tennessee 37928. Defendant's infringing products include, but are not necessarily limited to, the E.T.S. 30-round polymer magazine for AR-15/M16 rifles and carbines (with and without coupler), the E.T.S. 10-round, Pinned 30 Round Body polymer magazine for AR-15/M16 rifles and carbines (with and without coupler), and the E.T.S. 15-round, Pinned 30 Round Body polymer magazine for AR-15/M16 rifles and carbines (with and without coupler).[1]

---

[1] *See e.g.* http://www.etsgroup.us/ETS-Group-AR15-Magazines-s/1814.htm

## JURISDICTION

3. The Court has subject matter jurisdiction of this action under 28 U.S.C. §1331 and §1338(a) in that it arises under the United States Patent Laws.

4. Defendant is subject to this Court's specific personal jurisdiction because Defendant conducts business in this Judicial District, has committed the acts complained of in this Judicial District, and has caused injury to Plaintiff within this Judicial District by virtue of the acts of patent infringement that are described herein.

5. Venue is proper in this Judicial District pursuant to 28 U.S.C. §§1391(b), (c) and 1400(b). Defendant is transacting, doing and/or soliciting business and committing acts of patent infringement in this Judicial District and elsewhere in the United States.

## FIRST CLAIM FOR RELIEF
### (Infringement of the '601 Patent)

6. Plaintiff incorporates by reference and realleges each of the allegations set forth in paragraphs 1-5 above.

7. On December 6, 2011, U.S. Patent No. 8,069,601 B1 (the '601 Patent), entitled Ammunition Magazine, was issued for the invention of a novel ammunition magazine. Plaintiff has owned this patent throughout the period of Defendant's infringing acts and still owns this patent.

8. Defendant has infringed and is still infringing the '601 Patent by making, selling, and using ammunition magazines that embody the patented invention, and Defendant will continue to do so unless enjoined by this Court.

9. Plaintiff has complied with the statutory marking requirements of 35 U.S.C. § 287.

## SECOND CLAIM FOR RELIEF

**(Infringement of the '796 Patent)**

10. Plaintiff incorporates by reference and realleges each of the allegations set forth in paragraphs 1-5 above.

11. On January 28, 2014, U.S. Patent No. 8,635,796 B2 (the '796 Patent), entitled Ammunition Magazine, was issued for the invention of a novel ammunition magazine. Plaintiff has owned this patent throughout the period of Defendant's infringing acts and still owns this patent.

12. Defendant has infringed and is still infringing the '796 Patent by making, selling, and using ammunition magazines that embody the patented invention, and Defendant will continue to do so unless enjoined by this Court.

13. Plaintiff has complied with the statutory marking requirements of 35 U.S.C. § 287.

## THIRD CLAIM FOR RELIEF

**(Infringement of the '543 Patent)**

14. Plaintiff incorporates by reference and realleges each of the allegations set forth in paragraphs 1-5 above.

15. On September 23, 2014, U.S. Patent No. Patent 8,839,543 (the '543 Patent), entitled Ammunition Magazine, was issued for the invention of a novel ammunition magazine. Plaintiff has owned this patent throughout the period of Defendant's infringing acts and still owns this patent.

16. Defendant has infringed and is still infringing the '543 Patent by making, selling, and using ammunition magazines that embody the patented invention, and Defendant will continue to do so unless enjoined by this Court.

17. Plaintiff has complied with the statutory marking requirements of 35 U.S.C. § 287

## REQUEST FOR RELIEF

Therefore, Plaintiff requests for judgment:

1. That Defendant has infringed the '601, '796, and '543 Patents;

2. That Plaintiff be awarded damages for patent infringement according to proof and ordering that such damages be multiplied up to treble their amount;

3. Preliminarily and permanently enjoining Defendant and all others acting in concert with Defendant from making, using, selling, or offering to sell the infringing ammunition magazines or any other product that infringes the '601, '796, and '543 Patents without permission or license from Plaintiff;

4. That Defendant be ordered to deliver up to Plaintiff all products infringing the '601, '796, and '543 Patents within its ownership, possession, or control for destruction by Plaintiff;

5. That the Court declare this to be an exceptional case pursuant to 35 U.S.C. §285, and award reasonable attorney's fees;

6. That Plaintiff be awarded its costs of suit, and pre- and post-judgment interest on any money judgment;

7. For such other relief as the Court deems proper.

Dated:  October 15, 2014

                                             Respectfully submitted,

                                             By: /s/ *Brian E. Mitchell*
                                                     Brian E. Mitchell

                                           Brian E. Mitchell
                                           Marcel F. De Armas
                                           MITCHELL + COMPANY
                                           4 Embarcadero Center, Suite 1400
                                           San Francisco, CA 94111
                                           Telephone:   (415) 766-3515
                                           Facsimile:   (415) 402-0058
                                           Email:        brian.mitchell@mcolawoffices.com
                                                               mdearmas@mcolawoffices.com

Attorneys for Plaintiff
MAGPUL INDUSTRIES, CORP

**DEMAND FOR JURY TRIAL**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Magpul demands a trial by jury of any and all issues on which a trial by jury is available under applicable law.

Dated:  October 15, 2014

                                                Respectfully submitted,

                                                By: /s/ *Brian E. Mitchell*
                                                          Brian E. Mitchell

                                                Brian E. Mitchell
                                                Marcel F. De Armas
                                                MITCHELL + COMPANY
                                                4 Embarcadero Center, Suite 1400
                                                San Francisco, CA 94111
                                                Telephone:  (415) 766-3515
                                                Facsimile:   (415) 402-0058
                                                Email:         brian.mitchell@mcolawoffices.com
                                                                            mdearmas@mcolawoffices.com

                                                Attorneys for Plaintiff
                                                MAGPUL INDUSTRIES, CORP