| STATE OF COLORADO | COUNTY OF |
|---|---|

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

**Magpul Industries Corp.**
  *Plaintiff*,
-vs-
**Elite Tactical Systems Group LLC**
  *Defendant*.

Civil Action No: **14-cv-02817-KMT**

### SERVICE RETURN FOR ELITE TACTICAL SYSTEMS GROUP LLC

I, **Danielle Broderick**, being first duly sworn upon my oath does hereby depose and say that I am a person above the age of majority and I am not a party to the foregoing action or have an interest therein.

1. [▶] I made service of said *Summons, Order Setting Scheduling/Planning Conference and Setting Deadline for Filing of Pilot Program Consent Form, Complaint for Patent Infringement*, in the county aforesaid on the **10th** day of **November, 2014**, at **1:27 PM** by delivering a copy of the same, to **Elite Tactical Systems Group LLC** to wit:

   a. [ ] Personally and in person at:
      [ ] Home
      [ ] Work:
      [ ] Bank:
      [▶] Other: **Registered Agent**

   b. [▶] By leaving copies with **Kunz Sharon (Registered Agent)**, a person over the age of 14 years old: **Elite Tactical Systems Group, LLC, c/o Registered Agent, Corporate Agents, LLC, 1712 Pioneer Ave, Suite 101, Cheyenne, WY**.

2. [ ] I WAS UNABLE TO SERVE FOR THE FOLLOWING REASON:

*Danielle Broderick* (signature)
Danielle Broderick

Subscribed and sworn to before me by Danielle Broderick this 10 day of Nov. 2014.



KAYLA MARROQUIN - NOTARY PUBLIC
County of Albany
State of Wyoming
My Commission Expires February 5, 2018

Notary Public / Clerk

Mitchell + Company

395106

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:14-cv-02817-KMT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Elite Tactical Systems Group**
was received by me on *(date)* **11/7/14**.

☒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Sharon Kunz, Agent**, who is
designated by law to accept service of process on behalf of *(name of organization)* **Corporate Agents, registered agent for Elite Tactical Systems Group** on *(date)* **11/10/2014 at 1:27pm** or
**1712 Pioneer Ave Cheyenne WY**

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ **0**.

I declare under penalty of perjury that this information is true.

Date: **11/10/14**

*Danielle Broderick*
Server's signature

**Danielle Broderick Process Server**
Printed name and title

**3521 Duff Ave Cheyenne, WY 82001**
Server's address

Additional information regarding attempted service, etc: