**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:14-cv-02817-CMA-KMT

MAGPUL INDUSTRIES, CORP.,

    Plaintiff,

v.

ELITE TACTICAL SYSTEMS
GROUP, LLC,

    Defendant.

---

**CONSENT JUDGMENT**

---

Plaintiff Magpul Industries, Corp. ("Magpul") and Defendant Elite Tactical Systems Group, LLC ("E.T.S.") stipulate to the entry of this Consent Judgment ("Consent Judgment") and respectfully move the Court to approve and enter the same:

**IT IS ORDERED, ADJUDGED, AND DECREED:**

1) The Court has subject matter over this proceeding and personal jurisdiction over Magpul and E.T.S. 28 U.S.C. §§ 1331, 1338(a), 1391(b) & (c) and 1400(b).

2) Magpul owns United States Patent Nos. 8,069,601 (the '601 Patent), 8,635,796 B2 (the '796 Patent), 8,839,543 (the '543 Patent), and 8,166,692 (the '692 Patent) (collectively the "Patents-in-Suit").

3) The Patents-in-Suit are valid and enforceable.

4) "Accused Magazine Products" means any ammunition magazine the manufacturing, import, export, use, offer for sale, sale, or distribution or other

exploitation or disposition of which would directly or indirectly infringe at least one claim of one or more of the Patents-in-Suit.  Accused Magazine Products includes the E.T.S. 30-round polymer magazine for AR-15/M16 rifles and carbines (with and without coupler), the E.T.S. 10-round, Pinned 30 Round Body polymer magazine for AR-15/M16 rifles and carbines (with and without coupler), the E.T.S. 15-round, Pinned 30 Round Body polymer magazine for AR-15/M16 rifles and carbines (with and without coupler).

5)	The original two versions of the Accused Magazine Products infringed the '601, '796 and '543 patents.

6)	E.T.S. is immediately and permanently enjoined from selling the two original versions of the Accused Magazine Products.  E.T.S. has and will adopt a third non-infringing version of its ammunition magazines, wherein the back tine on the magazine's follower is removed.  The molds used to manufacture the prior ammunition magazine follower design for the Accused Magazine Products will be destroyed or permanently modified to reflect a non-infringing redesign.  E.T.S. will provide detailed documentation to Magpul no later than August 1, 2015 that will establish that such destruction or permanent modification has taken place.

7)	"Accused Follower Products" means any follower the manufacturing, import, export, use, offer for sale, sale, or distribution or other exploitation or disposition of which would directly or indirectly infringe at least one claim of one or more of the Patents-in-Suit.  Accused Follower Products includes the E.T.S. AR15 Magazine R.R.S. (Rapid Recognition System) follower.

8)	The Accused Follower Products directly infringe the '692 Patent, and contribute to the infringement of the '601, '796 and '543 patents.

9) E.T.S. is immediately and permanently enjoined from selling the existing version of the Accused Follower Products. E.T.S. has and will adopt a non-infringing version of its follower, wherein the back tine on the follower is removed. The molds used to manufacture the prior follower design for the Accused Follower Products will be destroyed or permanently modified to reflect a non-infringing redesign. E.T.S. will provide detailed documentation to Magpul no later than August 1, 2015 that will establish that such destruction or permanent modification has taken place.

10) No later than August 1, 2015, E.T.S. shall make a Royalty Payment to Magpul of $11,710 as a royalty for past sales, which reflects a royalty of $2.50 per Accused Magazine Product sold.

11) No later than August 1, 2015, E.T.S. shall make an additional Royalty Payment to Magpul of $142.50 as a royalty for past sales, which reflects a royalty of $2.50 per Accused Follower Product sold.

12) All remaining claims shall be and hereby are dismissed with prejudice, provided, however, the Court shall retain pendent and/or supplemental jurisdiction to enforce this Consent Judgment.

| MAGPUL INDUSTRIES, CORP. | ELITE TACTICAL SYSTEMS GROUP, LLC |
|---|---|
| By: s/Doug Smith | By: s/ George Loveday |
| Name: Doug Smith | Name: George Loveday |
| Title: C.O.O. | Title: President |
| Date: February 17, 2015 | Date: February 3, 2015 |

APPROVED AS TO FORM:

*/s/ Brian E. Mitchell*                                             */s/ Robert A. Huntsman*

Brian E. Mitchell                                                   Robert A. Huntsman
Mitchell + Company                                                  HUNTSMAN LAW GROUP, PLLC
4 Embarcadero Center, Suite 1400                                    10400 W. Overland., #174
San Francisco, CA 94111                                             Boise, ID 83709

**IT IS SO ORDERED:**

DATED: February 19, 2015

BY THE COURT:

_____
Hon. Christine M. Arguello, Judge
United States District Court